GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
**TIFFANY & BOSCO, P.A.**
212 South Jones Blvd.
Las Vegas, Nevada 89107
(702) 258-8200
Attorney for Plaintiffs

TB #14-76734

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION and FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> PACER BULLION TRUST #9166, NV WEST SERVICING, LLC AS TRUSTEE, an unknown trust; TALASERA AND VICANTO HOMEOWNERS ASSOCIATION, a Nevada Homeowners Association; and NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation, <br><br> Defendants. | Case No.: 2:17-cv-02694-KJD-VCF |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE AND SERVE RESPONSE TO MOTION TO DISMISS COMPLAINT (ECF No. 11)**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs U.S. Bank National Association and Federal Home Loan Mortgage Corporation (hereinafter collectively

- 1 -

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

the "Plaintiffs") and Defendant Placer Bullion Trust #9166, NV West Servicing, LLC as Trustee (hereinafter the "Defendant"), by and through their respective counsel, that the deadline for the Plaintiffs to file and serve their response to the Motion to Dismiss Complaint (ECF No. 11) filed by the Defendant shall be extended from January 18, 2018 to February 15, 2018.

DATED this 9th day of January, 2018.

| **TIFFANY & BOSCO, P.A.** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| /s/ Kevin S. Soderstrom | /s/ Michael F. Bohn |
| GREGORY L. WILDE, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 4417 | Nevada Bar No. 1641 |
| KEVIN S. SODERSTROM, ESQ. | ADAM R. TRIPPIEDI, ESQ. |
| Nevada Bar No. 10235 | Nevada Bar No. 12294 |
| 212 S. Jones Boulevard | 376 East Warm Springs Road, Ste. 140 |
| Las Vegas, NV 89107 | Las Vegas, NV 89119 |
| Attorney for Plaintiffs | Attorney for Defendant |
| U.S. Bank National Association and Federal Home Loan Mortgage Corporation | Placer Bullion Trust #9166, NV West Servicing, LLC as Trustee |

**ORDER**

IT IS SO ORDERED.

DATED this 19th day of January, 2018.

_____
DISTRICT COURT JUDGE